443 A.2d 393

Commonwealth v. Lucas, Appellant.

Argued September 1, 1981. Joseph Martone, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

Judgments of sentence affirmed.

443 A.2d 393

Commonwealth v. Madison, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1982.

Argued September 14, 1981. Ronald J. Sharper, for appellant; Mark Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.